# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 8/24/2015

**U. S. DISTRICT JUDGE**        **COURT REPORTER:**   **Jan Mason**

**Amos L. Mazzant**        **COURTROOM DEPUTY:**   Debbie McCord

| FMS VS. TRAXXAS | CAUSE NO: **4:14CV543** |
|---|---|
| | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| John Grimm, Charlie Kimmett, Walter Anderson, Susannah Norvell, Billy Hupp (Legal Assistant), Lisa Joiner, Mark Abernathy | Brian Wick, Darla Gabbitas, Sean Lemoine, Brian Zollinger, Jason Bloome |
| | |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:    Jury Selection and Trial |
|---|---|
| | Day 5 - August 28, 2015 |
| 9:01 am | Court in session, jury seated. |
| | Direct of Mr. Blum continues. |
| 9:15 am | Side bar. |
| 9:17 am | Direct examination continues. |
| 9:18 am | Cross examination by Mr. Anderson. |
| 9:33 am | Redirect. |
| 9:35 am | Court asks a question of the witness. |
| 9:37 am | Jury passes questions to the Court. |
| 9:38 am | Sidebar to review questions. |

| TIME: | MINUTES:      Jury Selection and Trial |
|-------|------------------------------------------|
| 9:39 am | Court asks jury questions. |
| 9:47 am | Follow up questions of Mr. Lamoine. |
| 9:47 am | Witness steps down, excused. |
| 9:48 am | Defense witness Kent Poteet, sworn in.  Direct by Mr. Lamoine. |
| 10:32 am | Court and jury in recess for morning break. |
| 10:50 am | Court in session, jury seated.  Direct continues. |
| 11:06 am | Record sealed. |
| 11:08 am | Record unsealed. |
| 11:59 am |  Court and jury in recess. |
| 1:18 pm | Court in session and jury seated.  Direct continues.` |
| 1:25 pm | Cross examination by Mr. Kimmett. |
| 1:39 pm | Record sealed. |
| 1:44 on | Record unsealed. |
| 3:10 pm | Court and jury in recess for break. |
| 3:27 pm | Court in session.   Redirect. |
| 3:49 pm | Recross. |
| 3:55 pm | Jury questions. |
| 3:58 pm | Court read jury questions to the witness. |
| 4:09 PM | Follow up by Mr. Lemoine. |
| 4:15 PM | Witness steps down. |
|  | Defense witness: Milo Mattorano, sworn in.  Direct by Mr. Wick. |
| 4:55 pm | Jury is dismissed for the day, to return on Monday. |
|  | Housekeeping issues. Counsel to come back at 8:30 a.m. on Monday. |
|  | Parties want one hour each for closing argument.  Court reminded Plaintiff to use one half of the closing. |
| 5:02 pm | Court is in recess. |
|  | Day 6 - August 31, 2015 |
| 8:32 am | Court in session.  Charge conference. |

| TIME: | MINUTES:     Jury Selection and Trial |
|---|---|
| 8:33 am | Mr. Wick addressed the Court. |
| 8:34 am | Mr. Anderson responded. |
| 8:36 am | Court issued ruling on the addition requested. |
|  | Mr. Wick then addressed Defense issues with instructions. |
|  | Court issued rulings. |
| 8:51 am | Court will provide updated version with changes. |
| 8:52 am | Mr. Kimmett addresses the Court regarding motion in limine issues. |
|  | Court in recess. |
| 9:00 am | Court in session and jury seated. |
| 9:01 am | Direct of Mr. Mattorano continues. |
| 9:41 am | Cross examination by Mr. Kimmett. |
| 10:45 am | Court and jury on break. |
| 11:04 am | Court back in session. |
| 11:11 am | Redirect. |
| 11:22 am | Recross. |
| 11:32 am | Jury passes questions to Court. |
| 11:34 am | Court asks juror questions of witness. |
| 11:37 am | Mr. Kimmett follow up questions. |
| 11:43 am | Mr. Wick follow up questions. |
| 11:44 am | Court follow up questions. |
|  | Mr. Wick follow up question. |
| 11:46 am | Witness is fully excused. |
| 11:46 am | Defense witness:  Mike Jenkins, sworn in.  Direct by Mr. Lemoine. |
| 11:59 am | Jury dismissed for lunch. |
| 12:00 pm | Court addresses timing issues.  Court then advised of new phrase which will be added into the charge. |
| 12:03 pm | In recess until 1:15 pm. |
| 1:19 pm | Court in session and jury seated. |

CASE NO.          DATE:
PAGE 4  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:     Jury Selection and Trial |
|---|---|
|  | Direct of witness continues. |
| 2:09 pm | Cross examination by Mr. Kimmett. |
| 2:57 pm | Redirect and recross. |
| 3:05 pm | Court questions witness. |
| 3:12 pm | Court presents juror questions to witness. |
| 3:17 pm | Mr. Lemoine follow up questions. |
| 3:22 pm | Mr. Kimmett follow up questions.  Mr. Lemoine again. |
| 3:23 pm | Defense rests. |
| 3:24 pm | Jury is in recess on break. |
|  | Plaintiff closes. |
| 3:25 pm | Mr. Anderson presents Plaintiff motion for judgment as a matter of law. |
| 3:31 pm | Mr. Lemoine response. |
| 3:36 pm | Reply of Mr. Anderson. |
| 3:40 pm | Court will deny both motions. |
|  | Court in recess for break. |
| 3:57 pm | Court back in session, jury released until Noon tomorrow. |
| 4:03 pm | Court in recess until Noon tomorrow. |
|  | Day 7 - September 1, 2015 |
| 12:34 pm | Court in session, jury seated. |
|  | Mr. Kimmett closes for Plaintiff. |
|  | Mr. Lemoine closes for Defendant. |
| 2:22 pm | Mr. Kimmett rebuttal closing. |
| 2:38 pm | Court reads instructions. |
| 2:58 pm | Case goes to jury. |
|  | Issue of exhibits - Ex. 167 is in.  Parties agreed the exhibit should go in. |
| 3:00 pm | Court is in recess. |

BY:      Debbie McCord
Courtroom Deputy Clerk