IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS—SHERMAN DIVISION

FELD MOTOR SPORTS, INC.,
    *Plaintiff*,

v.

TRAXXAS, LP,
    *Defendant*.

Case No. 4:14-cv-00543-ALM

## JOINT EXHIBIT LIST

### Joint Exhibits

| Exhibit | Description |
|---|---|
| 1 | Traxxas Audit Response |
| 2 | Traxxas Objections and Responses to FMS's First Set of Interrogatories |
| 3 | Exhibit A to Traxxas Objections and Responses to FMS's First Set of Interrogatories |
| 4 | Exploded view of Stampede chassis assembly |
| 7 | Parts list for Stampede 36054 |
| 8 | Parts list for Stampede VXL |
| 9 | Parts list for Stampede 4x4 |
| 10 | Parts list for Stampede 4x4 VXL |
| 11 | License Agreement |
| 12 | Email from M. Abernethy to K. Poteet (July 1, 2010) |
| 13 | Email from M. Abernethy to K. Poteet (July 14, 2010) |
| 14 | Email from K. Poteet to M. Jenkins & T. Murray (July 26, 2010) |
| 15 | Email from K. Poteet to T. Murray, M. Abernethy, & M. Jenkins (July 27, 2010) |
| 16 | Email from K. Poteet to M. Abernethy (July 29, 2010) |
| 17 | Email from M. Abernethy to K. Poteet (July 30, 2010) |
| 18 | Email from M. Jenkins to K. Poteet (August 3, 2010) |
| 19 | Email from M. Abernethy to K. Poteet (August 4, 2010) |
| 22 | Email from M. Abernethy to K. Poteet (August 23, 2010) |
| 24 | Email from M. Abernethy to K. Poteet (Sept 2 2010) |
| 25 | Email from M. Mattorano to himself (Feb 4, 2014) |
| 27 | Email from K. Connelly to M. Abernethy (Nov 15 2012) |
| 28 | Email from M. Mattorano to K. Poteet (Feb 3 2014) |
| 33 | Exploded view of Stampede VXL chassis assembly w/ annotations |
| 34 | Exploded view of Stampede 4x4 chassis assembly |
| 37 | FMS's objections and responses to Traxxas' interrogatories |
| 39 | Email from M. Abernethy to T. DeWitt (Sept 21 2010) |
| 45 | Email from B. Huggler to M. Abernethy (July 14, 2009) |

| Exhibit | Description |
|---|---|
| 48 | Email from M. Abernethy to M. Mattorano (March 14, 2014) |
| 49 | Email from M. Abernethy to D. Edwards (March 13, 2014) |
| 51 | Email from D. Edwards to A. Lort (Jan 12, 2014) |
| 55 | Email from D. Edwards to M. Abernethy (March 12, 2014) |
| 57 | D. Edwards' long-form audit report to M. Mattorano (March 13, 2014) |
| 58 | Email from T. DeWitt to M. Abernethy (Dec 17, 2010) |
| 59 | Email from S. Wentzel to M. Abernethy & K. Connelly (Aug 1, 2012) |
| 64 | Email from T. Murray to R. McSpadden, M. Abernethy, & S. Ludera (June 29, 2010) |
| 65 | Email from M. Abernethy to A. Lort (July 12, 2010) (page 2 only) |
| 67 | Email from M. Abernethy to K. Hudgens, T. Murray, R. McSpadden, & S. Ludera (July 4, 2010) |
| 68 | Email from K. Hudgens to T. Murray, C. Mancuso, et al. (July 30, 2010) |
| 69 | Email from T. Murray to M. Abernethy & K. Hudgens (August 27, 2010) |
| 70 | Email from K. Hudgens to M. Abernethy (Sept 3, 2010) |
| 71 | Email from T. Murray to M. Abernethy (Sept 13, 2010) |
| 72 | Email from M. Abernethy to T. Murray (Sept 16, 2010) |
| 73 | Email from M. Abernethy to T. Murray (Sept 16, 2010) |
| 74 | Email from T. Murray to M. Abernethy (Sept 16, 2010) |
| 75 | Email from M. Abernethy to T. Murray & A. Lort (Sept 16, 2010) |
| 76 | Email from M. Abernethy to H. Holmes (Sept 21, 2010) |
| 77 | Email from K. Hudgens to M. Abernethy (Feb 22, 2013) |
| 79 | Preliminary draft of Royalty Audit Report (March 10, 2014) |
| 81 | Email from K. Hudgens to M. Abernethy (March 10, 2014) |
| 83 | Email from M. Shannon to M. Abernethy, T. Murray, & C. Mancuso (May 14, 2014) |
| 92 | Email from B. Huggler to M. Abernethy & T. Murray (w/ unidentified handwritten notes) |
| 94 | Email from M. Abernethy to D. Edwards (Jan 29, 2014) |
| 96 | Email from D. Edwards to M. Abernethy (Feb 27, 2014) |
| 97 | Handwritten notes memorializing phone call w/ P. Smith |
| 98 | Handwritten notes |
| 99 | Email from M. Abernethy to D. Edwards (March 10, 2014) |
| 100 | Handwritten notes |
| 101 | Email from K. Hudgens to C. Mancuso (March 11, 2014) |
| 102 | Email from D. Edwards to M. Abernethy (March 10, 2014) |
| 105 | Email from N. Pope to D. Edwards (March 13, 2014) |
| 106 | Email from K. Hudgens to M. Abernethy (March 13, 2014) |
| 110 | Stampede Quick-start guide |
| 124 | Sponsorship agreement |
| 127 | Email from M. Abernethy to K. Hudgens (Sept 2, 2010) |
| 128 | Email from T. Murray to M. Abernethy (Sept 14, 2010) |
| 130 | Email from M. Abernethy to M. Mattorano (Sept 21, 2010) |
| 131 | Email from M. Abernethy to M. Mattorano (Sept 28, 2010) |

| Exhibit | Description |
|---|---|
| 132 | Draft license agreement |
| 133 | Redlined draft license agreement |
| 136 | Email from M. Abernethy to T.D. Lovett & A. Baker (Dec 20, 2010) |
| 137 | Email from K. Poteet to P. Braualo & R. Hohnholt (Feb 27, 2012) |
| 139 | Screenshot of Monster Jam website of product release press announcement |
| 155 | Email from S. Ludera to T. Murray, et al. (Aug 23, 2010) |
| 156 | Traxxas distributor price list (June 14, 2010) |
| 159 | Email from M. Abernethy to K. Hudgens, et al. (Jan 29, 2014) |
| 167 | Email from M. Abernethy to K. Connolly, et al. (Nov 6, 2013) |
| 169 | Email from A. Lort to T. Murray, K. Hudgens, & M. Abernethy (Sept 14, 2010) |
| 171 | Email from M. Abernethy to M. Mattorano (Feb 18, 2011) |
| 172 | Email from M. Abernethy to S. Ludera, et al (Sept 26, 2011) |
| 174 | Email from K. Connelly to M. Abernethy, et al. (July 20, 2012) |
| 175 | Email from S. Ludera to T. Murray & R. McSpadden (Aug 2, 2011) |
| 183 | Exhibit A (copy) |
| 185 | Email from K. Hudgens to C. Mancuso (Feb 22, 2013) |
| 186 | Email from K. Hudgens to M. Abernethy (Oct 15, 2013) |
| 187 | Email from M. Abernethy to K. Hudgens & C. Mancuso (June 5, 2013) |
| 188 | Email from M. Abernethy to K. Hudgens (July 13, 2010) |
| 191 | Email from M. Abernethy to K. Hudgens (April 27, 2011) |
| 192 | Email from K. Hudgens to M. Abernethy (Feb 4, 2014) |
| 193 | R/C Car Action Magazine (May 2011) |
| 194 | Email from M. Mattorano to P. Smith (Dec 30, 2013) |
| 195 | Email from N. Pope to M. Mattorano (Dec 30, 2013) |
| 196 | Email from M. Mattorano to T. O'Brien & P. Smith (Dec 30, 2013) |
| 197 | Printout of Traxxas' website of Stampede |
| 198 | Email from M. Mattorano to T. O'Brien & P. Smith (Jan 13, 2014) |
| 200 | Email from M. Mattorano to P. Smith & T. O'Brien (Jan 31, 2014) |
| 201 | Email from P. Smith to M. Mattorano & T. O'Brien (Jan 31, 2014) |
| 202 | Email from M. Mattorano to P. Smith (Jan 31, 2014) |
| 204 | Traxxas' first supplemental objections and responses to FMS's First Set of Interrogatories |
| 205 | Printout of Traxxas' website of search for "Stampede" |
| 207 | Photo of Stampede box used as specimen for US PTO trademark application |
| 215 | Email from T. Murray to M. Abernethy (Sept 22, 2010) |
| 216 | Email from E. Roisman to M. Mattorano (Sept 22, 2010 12:51PM) |
| 217 | Email from T. Murray to M. Abernethy (Sept 22, 2010) |
| 218 | Email from E. Roisman to M. Mattorano (Sept 22, 2010 9:39PM) |
| 219 | Email from M. Mattorano to E. Roisman (Sept 24, 2010) |
| 220 | Email from M. Mattorano to M. Abernethy (March 26, 2014) |
| 226 | Email from M. Abernethy to M. Mattorano (April 11, 2014) |
| 229 | Printout of Traxxas' website of Stampede 4x4 VXL |
| 248 | Email from M. Abernethy to L. Mattorano (Nov 26, 2013) |
| 249 | Traxxas historical sales of Stampede (sealed) |

| Exhibit | Description |
|---|---|
| 250 | Traxxas Stampede sales projections (sealed) |
| 254 | Traxxas historical Stampede sales (sealed) |
| 257 | Printout of Traxxas' website of Nitro Stampede |
| 258 | Printout of Traxxas' website of Stampede 4x4 |
| 262 | Email from M. Abernethy to S. Ludera, et al. (Feb 25, 2011) |
| 263 | Email from M. Abernethy to A. Lort (Sept 26, 2011) |
| 287 | R/C Car Action magazine article on Stampede 4x4 VXL |

## FMS Exhibits

| Exhibit | Description |
|---|---|
| 302 | Stampede 4x4 Press Release (TRAXXASAS0013995) |
| 303 | Traxxas/Monster Jam Press Release (TRAXXAS000436) |
| 305 | Email from P. Viera to K. Poteet and M. Jenkins transmitting press release (Jan. 6, 2011) (TRAXXAS010416) |
| 306 | Pre-2009 Stampede from Dealer Catalog (Traxxas0013820) |
| 326 | Revised Expert Report from D. Edwards (July 31, 2015) |
| 331 | Email from K. Hudgens to C. Mancuso and T. Murray (March 10, 2014) (FMS_00004300) |
| 335 | Email from K. Hudgens to C. Mancuso et al. (March 14, 2014) (FMS_00004199) |
| 337 | Email from M. Abernethy to K. Poteet (Aug 16, 2010) (FMS_00000836) |
| 338 | Email from M. Abernethy to M. Mattorano (Sept 2, 2010) (TRAXXAS000159) |
| 354 | Screenshots of Traxxas Depositions of FMS Witnesses |
| 361 | Email from J.S. Lemoine to C. Kimmett et al. (Apr 8, 2015) |
| 362 | USPTO Certified Applications for STAMPEDE |
| 363 | USPTO Certified Applications for E-MAXX |
| 366 | USPTO Certified Applications for REVO |
| 367 | USPTO Certified Applications for RUSTLER |
| 375 | S. Blum, License, Royalty & Revenue Agreements (2014 ed.) |
| 386 | Email from S. Ludera to A. Baker et al. (Dec. 20 2010) (FMS_00002191) |
| 389 | Email from D. Edwards to M. Mattorano transmitting audit report (March 13 2014) (TRAXXAS005354) |
| 394A | #3617R Body Stampede VXL, ProGraphix |
| 394B | #3617R Body, Stampede VXL, ProGraphix, Stickers |

## Traxxas Exhibits

| Exhibit | Description |
|---|---|
| 401 | 6th edition Traxxas Dealer Catalog released in 2009 |
| 402 | 7th edition Traxxas Dealer Catalog released in 2011 |
| 403 | 8th edition Traxxas Dealer Catalog released in 2013 |
| 404 | Excerpts from the Traxxas Dealer Catalogs |
| 405 | Distributor Price Lists 2009-2013 |
| 406 | Photographs of the Stampede Lineup |

| Exhibit | Description |
|---|---|
| 407 | Photographs of the body graphics for the Stampede Lineup |
| 408 | Traxxas Royalty Reports 2010-2014 |
| 409 | July 30, 2010 Email from M. Abernethy |
| 410 | Any exhibit necessary for impeachment |
| 411 | Attorneys' Eyes Only Traxxas Financial documents |
| 415A | Exemplar Stampede (Model 3605) |
| 416 | Exemplar Nitro Stampede |
| 417 | Exemplar Stampede VXL |
| 418 | Exemplar Stampede 4x4 VXL |
| 419 | Exemplar Stampede 4x4 |
| 420 | Exemplar replacement body (3617) |
| 421 | Exemplar replacement body (6714) |
| 423 | Exemplar replacement body (3617X) |
| 425 | Exemplar replacement body (6714R) |
| 426 | Exemplar replacement body (6711X) |
| 429 | Exemplar lexan printed body for Nitro Stampede |
| 430 | Exemplar lexan printed body for Stampede VXL |
| 431 | Exemplar lexan printed body Stampede VXL |
| 432 | Exemplar lexan printed body for Stampede 4x4 |
| 433 | Exemplar lexan printed body for Stampede VXL 4x4 |
| 437 | Exemplar Gravedigger |

**FMS Exhibits Continued**

| Exhibit | Description |
|---|---|
| 501A | Stampede XL-5 Brushed Truck, Red |
| 501B | Stampede XL-5 Brushed Truck, Gray |
| 502 | Stampede VXL Brushless Truck w/ packaging |
| 503 | Stampede 4x4 Brushed Truck w/ packaging |
| 504 | Stampede 4x4 VXL Brushless Truck w/ packaging |
| 505 | Nitro Stampede Brushed Truck w/ packaging |
| 506 | E-Maxx Truck w/ packaging |
| 507 | Slash XL-5 Brushed Chad Hord Edition Truck w/ packaging |
| 508 | Slash VXL Brushless Traxxas Racing Edition Truck w/ packaging |
| 511 | Rustler XL-5 Brushed Truck w/ packaging |
| 512 | Rustler VXL Brushless Truck w/ packaging |
| 513 | Monster Jam Grave Digger Truck w/ packaging |
| 514A | Monster Jam Grave Digger 1/16 Scale Electric Truck with Backpack |
| 518A | #3617 Body, Stampede |
| 527A | 3679 Body, Advance Auto Parts Grinder, Officially Licensed Monster Jam Replica |
| 528A | 3617X Body, Stampede, ProGraphix |
| 530A | 3615 Body, Stampede VXL, ProGraphix |
| 547 | Monster Jam Maximum Destruction Truck |
| 548 | Stampede XL-5 Brushed Box |

| Exhibit | Description |
|---|---|
| 549 | Stampede VXL Brushless Box |
| 550 | Stampede 4x4 VXL Box |
| 551 | Stampede 4x4 VXL Brushless Box |
| 552 | Nitro Stampede Brushed Box |
| 553 | Monster Jam Grave Digger Box |
| 554 | Slash XL-5 Brushed Chad Hord Edition Box |
| 555 | Rustler XL-5 Brushed Truck Box |
| 556 | Rustler VXL Brushless Truck Box |
| 557 | Slash VXL Brushless Traxxas Racing Edition Box |
| 558 | E-Maxx Box |